# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

NAQUAN TRELL ELLIOTT,    )
                          )
    Petitioner,     )
                          )
v.                        )    CASE NO. CV415-106
                          )            CR413-115
UNITED STATES OF AMERICA, )
                          )
    RESPONDENT.     )
                          )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 7). After careful consideration, however, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's § 2255 motion is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _19th_ day of June 2015.

                             WILLIAM T. MOORE, JR.
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 19 2015
CLERK_____
SO. DIST. OF GA.